17018.   ORR *v.* COLT COMPANY.

BROYLES, C. J.   The verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial show reversible error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 3, 1926.

Complaint; from Heard superior court—Judge Roop.   November 13, 1925.

*D. B. Whitaker, Smith & Taylor,* for plaintiff in error.

*Hall & Jones,* contra.

---

Appeal and Error, 4 C. J. p. 864, n. 34.